Michael M. Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601

Susan Cook (*Pro Hac Vice Pending*)
susan.cook@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5601

*Attorneys for Defendant Amgen Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES,<br><br>*Plaintiff*,<br><br>v.<br><br>AMGEN INC.; and DOES 1-10, inclusive,<br><br>*Defendants*. | No. 2:26-CV-466-MCS-PVC<br><br>**DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF AMGEN INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>Date:     March 16, 2026<br>Time:     9:00 a.m.<br>Courtroom: 7C |

DECLARATION OF MICHAEL M. MADDIGAN IN SUPPORT OF MOTION TO DISMISS

## **DECLARATION OF MICHAEL M. MADDIGAN**

I, Michael M. Maddigan, declare:

1.      I am a member in good standing of the State Bar of California and also am a member of the bar of this Court.  I am a partner in the law firm of Hogan Lovells US LLP, and I am counsel of record for Amgen Inc. in this action.  I have personal knowledge of the facts stated in this declaration and would, if called as a witness, competently testify to those facts.

2.      On January 26, 2026, pursuant to Local Rule 7-3, counsel for the parties in this matter held a video conference to discuss the substance of Amgen Inc. (Amgen)'s Motion to Dismiss or, in the Alternative, to Transfer, as well as Sagebrush Health Services (Sagebrush)'s Motion for an Order Remanding Action to State Court (ECF No. 9).  I participated on behalf of Amgen, along with Susan Cook, Jacob Young, and Allison Bertolozzi.  Kirsten Hart, Douglass Grimm, and Tyler Franklin participated on behalf of Sagebrush.

3.      During the January 26, 2026 video conference, the parties discussed the substance of Amgen's Motion to Dismiss or, in the Alternative, to Transfer, including each of the grounds on which Amgen seeks dismissal of Sagebrush's Complaint.  The parties were, however, unable to reach any agreement narrowing the issues in dispute or rendering the motion unnecessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of February 2026 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Michael M. Maddigan
　　　　　　　　　　　　　　　　　　Michael M. Maddigan