**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGEBRUSH HEALTH SERVICES, | Case No. 2:26-cv-00466-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMGEN INC. et al., | |
| Defendants. | |

Pursuant to this Court's Order denying Plaintiff's motion to remand and granting Defendant's motion to dismiss without leave to amend,

IT IS ADJUDGED that judgment is entered in favor of Defendant Amgen Inc. Plaintiff Sagebrush Health Services' claims are dismissed with prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE